1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7         EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| 9  FRIENDS OF TOPPENISH CREEK, a | NO. 1:16-cv-03013-SAB |
| 10 Washington Non-Profit Corporation | |
| 11      Plaintiff, | |
| 12      vs. | **ORDER DISMISSING ACTION** |
| 13 DEPARTMENT OF HEALTH & | |
| 14 HUMAN SERVICES; THE INDIAN | |
| 15 HEALTH SERVICE, | |
| 16      Defendants. | |
| 17 | |

18      Before the Court is the parties' Stipulation of Settlement & Dismissal, ECF
19 No. 18.
20      The parties indicate they have settled the action and ask that the action be
21 dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED, with prejudice.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and close the file.

**DATED** this 27th day of February, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION ~ 2**